# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**ESTATE OF JONATHAN M. KENDRICK,**
**MICHAEL KENDRICK,**

           **Plaintiffs,**

v.                                                Case No:   25-2287-JWB

**AW DISTRIBUTING, INC.,**
**AW PRODUCT SALES & MARKETING, INC.,**
**NORAZZA, INC.,**
**TECHNICAL CHEMICAL CO.,**
**MICRO ELECTRONICS, INC.,**
**MICRO CENTER SALES CORPORATION,**
**INTERNATIONAL PRODUCT SOURCING GROUP, INC.,**
**THE ODP CORPORATION,**
**ODP BUSINESS SOLUTIONS, LLC,**
**OFFICE DEPOT LLC,**
**WALMART INC.,**
**WAL-MART STORES EAST L.P.**
**WAL-MART STORES EAST, LLC,**

           **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed December 1, 2025, Defendants' motion to dismiss (Doc. 57) is GRANTED.  Defendants' motion to strike Plaintiff's Complaint's Rule 23 Class Action Allegations (Doc. 58) is DENIED AS MOOT.

 December 1, 2025                                   SKYLER B. O'HARA
    Date                                                    CLERK OF THE DISTRICT COURT
                                                              by:   s/ Joyce Roach
                                                                      Deputy Clerk