# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael Kendrick, individually and as Administrator of the Estate of Jonathan M. Kendrick, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 25-2287-JWB-ADM |
| v. | |
| AW Distributing, Inc., AW Product Sales & Marketing, Inc., Norazza, Inc., Technical Chemical Co., Micro Electronics, Inc., Micro Center Sales Corp., International Product Sourcing Group, Inc., The ODP Corporation, ODP Business Solutions, LLC, Office Depot, LLC, Walmart Inc., Wal-Mart Stores East, L.P., and Wal-Mart Stores East, L.L.C., | |
| Defendants. | |

## PLAINTIFF MICHAEL KENDRICK'S NOTICE OF APPEAL

Plaintiff Michael Kendrick, individually and as Administrator of the Estate of Jonathan M. Kendrick, and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on December 1, 2025.

Date:   December 29, 2025

Respectfully submitted,

*/s/ Ruth Anne French*
Rex A. Sharp, KS #12350
Ruth Anne French, KS #28492
Sarah T. Bradshaw, KS #26551
Macy G. Marlett, KS #30314
SHARP LAW, LLP
4820 W. 75th St.,
Prairie Village, KS 66208
Telephone: (913) 901-0505
Fax: (913) 261-7654
rsharp@midwest-law.com
rafrench@midwest-law.com
sbradshaw@midwest-law.com
mmarlett@midwest-law.com

1

Brian McCallister, MO #37393
The McCallister Law Firm, P.C.
917 W. 43rd St.
Kansas City, MO 64111
Telephone: (816) 931-2229
Fax: (816) 756-1181
brian@mccallisterlawfirm.com

*Counsel for Plaintiff Michael Kendrick*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ruth Anne French*
Ruth Anne French
ATTORNEY FOR PLAINTIFF

1